IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| **BETTY HOOD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 6:07-cv-1110 |
| **BAUSCH & LOMB, INCORPORATED,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT BAUSCH & LOMB INCORPORATED'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO THE MULTIDISTRICT LITIGATION

Before the Court is Defendant Bausch & Lomb Incorporated's Unopposed Motion to Stay All Proceedings Pending Transfer to the Multidistrict Litigation for cases involving claims asserted by Plaintiff herein. (Doc. 4.)  The Court finds that good cause exists for the withdraw of the July 6, 2007 deadline for submitting a completed report of the parties' planning conference, removal of the July 11, 2007 scheduling conference from the Court's calendar, and the proposed stay inasmuch as those actions will prevent the unnecessary expenditure of time and resources by this Court and the Parties.  Accordingly,

IT IS HEREBY ORDERED THAT the July 11, 2007, scheduling conference is removed from the Court's calendar and all deadlines and proceedings are hereby STAYED pending MDL transfer of this case.

IT IS SO ORDERED this 27th day of June, 2007.

    s/  DONALD W. BOSTWICK
DONALD W. BOSTWICK
UNITED STATES MAGISTRATE JUDGE